■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSE MARIN, Appellant. [998 NYS2d 301]—

Judgment, Supreme Court, Bronx County (Colleen D. Duffy, J.), rendered April 12, 2012, convicting defendant, after a nonjury trial, of attempted assault in the third degree and harassment in the second degree, and sentencing him to a term

of three months of intermittent imprisonment to be served on weekends, unanimously affirmed.

The verdict was supported by legally sufficient evidence and was not against the weight of the evidence (*see People v Danielson*, 9 NY3d 342, 348-349 [2007]). The court found that the minor discrepancies in the testimony of a police witness did not undermine the officer's credibility, and we find no reason to disturb that determination. The evidence established the requisite intent for each conviction. Concur—Tom, J.P., Saxe, Feinman, Clark and Kapnick, JJ.